USAO:2014R00134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. JFM-14-0267 |
| | : | (Structuring currency deposits; |
| GEORGE SYLVESTER FRINK, Jr., | : | 31 U.S.C. §5324(a)(3)) |
| Defendant. | : | |
| | : | |

...oooOooo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

From January 2013, and continuing through September 2013, in the District of Maryland, the defendant,

**GEORGE SYLVESTER FRINK, Jr.,**

knowingly and unlawfully structured currency transactions with one or more domestic financial institutions for the purpose of evading the reporting requirements of section 5313 of Title 31, United States Code, and the regulations promulgated thereunder.

31 U.S.C. §5324(a)(3)

Date: 6-3-14

Rod J. Rosenstein /RCK
United States Attorney