# MURPHY FALCON MURPHY
## ——— RAVENELL · KOCH ———

October 14, 2014

The Honorable J. Frederick Motz
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Notification of Defendant's Witnesses at Sentencing
             *United States v. George Frink*
             Case No.: JFM-13-0617; JFM-14-0267

Dear Judge Motz:

    We write to advise the Court that Mr. Frink intends to have the following individuals testify as character witnesses:

1. Tiarra Frink (sister);
2. Bridget Hooper (wife);
3. Josephine Brown (godmother);
4. Doris Adams (mother).

    With the testimony of the aforementioned individuals, the defense anticipates the sentencing hearing to last approximately 1 hour. Please advise if you have any questions or concerns.

                                                Very truly yours,

                                                Milin Chun

MC/djn