# MURPHY FALCON MURPHY
— RAVENELL · KOCH —

October 16, 2014

The Honorable J. Frederick Motz
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. George Frink*
             Case No.: JFM-13-0617; JFM-14-0267

Dear Judge Motz:

    Defendant, George Frink, by and through undersigned counsel, hereby respectfully files this letter to aid this Court in its determination of the sentence to be imposed in this matter at the sentencing hearing scheduled for October 31, 2014, at 10:00 am.

    As set forth in the plea agreement, the parties agreed to make a joint request that the defendant be sentenced to a term of **51 months** in prison without parole if this Court finds that the safety valve provision applies and the Court agrees that a downward variance of two levels is appropriate.

    Pursuant to 18 U.S.C. 3553(f), this Court can impose a sentence without regard to any statutory minimum sentence, if the court finds that:

(1) the defendant does not have more than 1 criminal history point, as determined under the sentencing guidelines;
(2) the defendant did not use violence or credible threats of violence or possess a firearm or other dangerous weapon (or induce another participant to do so) in connection with the offense;
(3) the offense did not result in death or serious bodily injury to any person;
(4) the defendant was not an organizer, leader, manager, or supervisor of others in the offense, as determined under the sentencing guidelines and was not engaged in a continuing criminal enterprise, as defined in section 408 of the Controlled Substances Act; and
(5) not later than the time of the sentencing hearing, the defendant has truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, but the fact that the defendant has no relevant or useful other information to provide or that the Government is already aware of the information shall not preclude a determination by the court that the defendant has complied with this requirement.

The facts of this case and the personal characteristics of Mr. Frink warrant the application of the safety valve provision and a downward variance of two levels. Ms. Eleanor Urban, the U.S. Probation Officer assigned to this case, has calculated Mr. Frink's criminal history as a category I. *See* PSR at ¶ 49. The statement of facts, drafted by the government and agreed to by both parties, makes clear that Mr. Frink was not considered an organizer, leader, manager, or supervisor and there was no violence, firearms, death or bodily injury in this offense. Finally, on March 10, 2014, Mr. Frink met with the Government and agents and truthfully provided all information and evidence he had concerning the offense.

It is clear that this case satisfies each of the five factors necessary to warrant the application of the safety valve provision. Accordingly, Mr. Frink respectfully requests that this Court finds applicable the safety valve provision and consequently applies a two-level downward variance.

Very truly yours,

Milin Chun

MC